Same case below, 373 Fed. Appx. 762.

**No. 10-6336. Melvin Tyrone Mearidy, Petitioner v. Georgia.**

562 U.S. 987, 131 S. Ct. 427, 178 L. Ed. 2d 333, 2010 U.S. LEXIS 8202.

October 18, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 287 Ga. 312, 696 S.E.2d 61.

**No. 10-6338. Saul Contreras, Petitioner v. Texas.**

562 U.S. 987, 131 S. Ct. 427, 178 L. Ed. 2d 333, 2010 U.S. LEXIS 8169.

October 18, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 312 S.W.3d 566.

**No. 10-6378. Leopoldo Gonzalez-Hurtado, Petitioner v. United States.**

562 U.S. 987, 131 S. Ct. 428, 178 L. Ed. 2d 333, 2010 U.S. LEXIS 8283.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 383 Fed. Appx. 665.

**No. 10-6399. Dawan A. Warren, Petitioner v. United States.**

562 U.S. 987, 131 S. Ct. 428, 178 L. Ed. 2d 333, 2010 U.S. LEXIS 8272.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 593 F.3d 540.

**No. 10-6401. Jamal Brown, Petitioner v. United States.**

562 U.S. 987, 131 S. Ct. 428, 178 L. Ed. 2d 333, 2010 U.S. LEXIS 8189.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-6402. Van Cleve Ashley, Petitioner v. United States.**

562 U.S. 987, 131 S. Ct. 428, 178 L. Ed. 2d 333, 2010 U.S. LEXIS 8224.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 606 F.3d 135.

**No. 10-6405. John Thomas Watters, Petitioner v. United States.**

562 U.S. 987, 131 S. Ct. 428, 178 L. Ed. 2d 333, 2010 U.S. LEXIS 8183.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 363 Fed. Appx. 653.

**No. 10-6407. Glen Lewis, Petitioner v. United States.**

562 U.S. 987, 131 S. Ct. 429, 178 L. Ed. 2d 333, 2010 U.S. LEXIS 8161.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 381 Fed. Appx. 376.